438 P.2d 892

Ray C. RANEY, Petitioner,

v.

The Honorable Joe W. WOOD, Judge by Designation of the Seventh Judicial District of the State of New Mexico, Respondent.

No. 8637.

Supreme Court of New Mexico.

March 19, 1968.

CHAVEZ, Chief Justice and NOBLE, MOISE and CARMODY, Justices, concurring;

COMPTON, Justice, absent and not participating.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

438 P.2d 892

George BROWN, Petitioner,

v.

Honorable J. V. GALLEGOS, District Judge, 10th Judicial District, State of New Mexico, Respondent.

No. 8638.

Supreme Court of New Mexico.

March 20, 1968.

CHAVEZ, Chief Justice and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

438 P.2d 892

STATE of New Mexico ex rel. Andy Raymond ANAYA and Jessie Maria Montoya, Petitioners,

v.

J. V. GALLEGOS, District Judge of the First Judicial District, Sitting by Designation, Respondent.

No. 8643.

Supreme Court of New Mexco.

March 29, 1968.

CHAVEZ, Chief Justice and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

438 P.2d 892

The STATE of New Mexico ex rel. Alfonso G. SANCHEZ, Petitioner,

v.

The Honorable Richard A. STANLEY, District Judge, Respondent.

No. 8652.

Supreme Court of New Mexico.

April 9, 1968.

CHAVEZ, Chief Justice and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for alternative writ of prohibition or writ of superintending control be and the same is hereby denied.